UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PAUL DAVID DIMMETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:14-cv-00095-RLY-WGH |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Paul Dimmett, who is proceeding *pro se*, filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for Supplemental Security Income under Title XVI of the Social Security Act. The court referred the matter to the Magistrate Judge, who concluded that the ALJ did not commit reversible error and recommended that the court affirm the ALJ's decision (Filing No. 28). The Magistrate Judge also recommended that the court deny the Plaintiff's Motion for Default Judgment and that the court deny the Plaintiff's Motion to Reconsider[1] the Court's Order Denying Plaintiff's Request for Court Order to Submit an Affidavit or Appearance. Plaintiff objects to all three rulings; the Commissioner did not respond.

---

[1] This motion is filed as a "Response to Order on Motion." The Magistrate Judge interpreted Plaintiff's Response as a motion to reconsider, and treated it as such.

1

Plaintiff's objection raises these same arguments that were raised and rejected by the Magistrate Judge in a thorough and well-reasoned opinion. The court finds no reason to reverse or otherwise modify his opinion. Accordingly, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 28), **AFFIRMS** the ALJ's decision denying benefits, **DENIES** Plaintiff's Motion for Default Judgment (Filing No. 11), and **DENIES** Plaintiff's Motion to Reconsider the Court's Order Denying Plaintiff's Request for Court Order to Submit an Affidavit or Appearance (Filing No. 22).

**SO ORDERED** this 26th day of May 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to:
Paul David Dimmett
1114 Henning Avenue
Evansville, IN  47714